UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD DL McMILLAN, )<br>　　　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY (METLIFE), GENERAL )<br>ELECTRIC (GE), and THE GE LONG )<br>TERM DISABILITY PLAN, )<br>　　　　　Defendants. ) | **JUDGMENT**<br>No. 7:14-CV-39-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss filed by MetLife [DE-26] and GE and the GE LTDP [DE-31] are ALLOWED. The plaintiff's following motions are denied as moot: Motion Requesting the Court to Deny All Defendants [sic] Motions to Dismiss [DE-39], Motions for an Order for Judgment in Favor of the Plaintiff [DE-44, -46, -47], Motion to Strike with Sanctions [DE-45], Motion to Compel [DE-48], and Motion for Summary Judgment [DE-54]. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on December 17, 2014, and Copies To:**

Reginald D. McMillan (1606 Bexley Drive, Wilmington, NC 28412)
Elizabeth J. Bondurant (via CM/ECF Notice of Electronic Filing)
Heather Conover White (via CM/ECF Notice of Electronic Filing)
Katherine T. Lange (via CM/ECF Notice of Electronic Filing)
Vance E. Drawdy (via CM/ECF Notice of Electronic Filing)
Kimberly Joyce Lehman (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>December 17, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |